Roy M. Stice et al., Plaintiffs-Appellants, v. William C. Nevin et al., Defendants-Appellees.

Gen. No. 9,742.

Andrew A. Ormiston and Edward J. Flynn, for appellants; Sears & Streit, Brown, Hay & Stephens, and Charles Briggle, Jr., for appellees; Barnabas F. Sears, Paul W. Gordon, and Charles Briggle, Jr., of counsel. Opinion *Per Curiam*. **Not to be published in full.** Opinion filed March 7, 1951; rehearing granted May 1, 1951; rehearing opinion filed November 6, 1951; released for publication December 3, 1951.